# United States Court of Appeals
## For the Eighth Circuit

_____

No. 16-3727

_____

Dennis Deters

*Petitioner*

v.

Federal Aviation Administration

*Respondent*

_____

Petition for Review of an Order of the
Federal Aviation Administration

_____

Submitted: May 19, 2017
Filed: May 24, 2017
[Unpublished]

_____

Before WOLLMAN, BOWMAN, and RILEY, Circuit Judges.

_____

PER CURIAM.

Minnesota resident Dennis Deters petitions this Court for review after the Federal Aviation Administration (FAA) denied him a medical certificate needed to re-establish his private pilot's license. He has also filed a motion to supplement the record.

We have reviewed the record and the parties' arguments, and we conclude that the FAA's decision was not arbitrary, capricious, an abuse of discretion, or without support in the law.  See Reder v. Adm'r of FAA, 116 F.3d 1261, 1263 (8th Cir. 1997) (standard of review).  We deny the petition for review and deny as moot Deters's motion to supplement the record.

_____